## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael DeHoratius,             :
             Petitioner      :
                               :
          v.               :
                               :
Workers' Compensation Appeal    :
Board (Upper Darby Township),    :     No. 1901 C.D. 2016
            Respondent    :

## O R D E R

AND NOW, this 18th day of July, 2018, it is ORDERED that the above-captioned opinion filed August 8, 2017, shall be designated OPINION rather than MEMORANDUM OPINION, and it shall be reported.


_____
ANNE E. COVEY, Judge